83 A.3d 409

COMMONWEALTH of Pennsylvania, Respondent

v.

Jonathan T. MOORE, Petitioner.

No. 141 EM 2013.

Supreme Court of Pennsylvania.

Jan. 6, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of January, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122(B)(2). Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.